


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

THE McCARTY COMPANY, INC.

        v.        CASE NUMBER: CIV S-01-158 LKK JFM

UNITED STATES OF AMERICA

**XX** -- **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF DECEMBER 20, 2001.**

Jack L. Wagner,
Clerk of the Court

ENTERED: December 20, 2001

by: *[signature]*
M. Krueger, Deputy Clerk

36

mdk

United States District Court
for the
Eastern District of California
December 20, 2001

\* \* CERTIFICATE OF SERVICE \* \*

2:01-cv-00158

McCarty Company

    v.

USA

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on December 20, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Jason William Harrel                                   SJ/LKK
    Richard S Calone Incorporated
    1810 Grand Canal Boulevard                         CF/JFM
    Suite Six
    Stockton, CA  95207

    Norma J Schrock
    US Department of Justice
    Tax Division
    PO Box 683
    Ben Franklin Station
    Washington, DC  20044

                                                     Jack L. Wagner, Clerk

                                                     BY: _____
                                                             Deputy Clerk